**FISH & RICHARDSON P.C.**
Neil J. McNabnay (*pro hac vice* application to be filed)
mcnabnay@fr.com
Ricardo J. Bonilla (*pro hac vice* application to be filed)
rbonilla@fr.com
Lance E. Wyatt, Jr. (*pro hac vice* application to be filed)
wyatt@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for Defendant
SECURIFI, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BE LABS, INC., | |
| Plaintiff, | 2:19-CV-01387-GMN-BNW |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| SECURIFI, INC., | |
| Defendant. | **(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff BE Labs, Inc. and Defendant Securifi, Inc., by and through their undersigned counsel of record, that Defendant shall have until October 14, 2019, to respond to the Complaint. The extension is sought to allow Defendant sufficient time to analyze Plaintiff's Complaint and obtain local counsel, not for the purpose of improper delay. This is the first stipulation for an extension of time to respond to the complaint.

**IT IS SO STIPULATED AND AGREED.**

-1-

Dated: September 3, 2019

By */s/ Mark Borghese*

Mark Borghese
Nevada Bar No. 6231
mark@borgheselegal.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 382-0200
Facsimile: (702) 382-0212

Isaac Rabicoff
(*pro hac vice* application to be filed )
isaac@rabilaw.com
73 West Monroe Street
Chicago, Illinois 60603
Telephone: (773) 669-4590

ATTORNEYS FOR PLAINTIFF
BE LABS, INC.

By */s/ Neil J. McNabnay*

Neil J. McNabnay
(*pro hac vice* application to be filed)
mcnabnay@fr.com
Ricardo J. Bonilla
(*pro hac vice* application to be filed)
rbonilla@fr.com
Lance E. Wyatt, Jr.
(*pro hac vice* application to be filed)
wyatt@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel. 214.747.5070
Fax: 214.747.2091

ATTORNEYS FOR DEFENDANT
SECURIFI, INC.

## ORDER

**IT IS SO ORDERED**

**DATED: September 06, 2019**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**